# United States Court of Appeals
# for the Sixth Circuit

─────────

United States of America,
>    *Plaintiff-Appellee,*

v.                                                          No. 17-3111

Johnathan Holt,
>    *Defendant-Appellant.*

─────────

## Plaintiff-Appellee's Second Motion to Extend Briefing Schedule

─────────

The United States moves the Court to extend the briefing schedule in this case by thirty days. An additional thirty days is needed for counsel to complete the brief and for needed review and coordination with the briefing in related appeals, *United States v. Ledbetter, et al.* (Nos. 17-3299, 17-3309, 17-3304, 17-3306, 17-3302, 17-3308, 17-3353, 17-3289, 17-3297, 17-3290). Holt was convicted following a jury trial and is serving a life sentence. This is the second request for an extension by the United States.

Respectfully submitted,

BENJAMIN C. GLASSMAN
United States Attorney

/s/ Kimberly Robinson
KIMBERLY ROBINSON
Assistant United States Attorney
303 Marconi Boulevard, Ste. 200
Columbus, Ohio  45215
(614) 469-5715
kim.robinson@usdoj.gov

## Certificate of Service

I certify that this Second Motion to Extend Briefing Schedule was filed with the Court's CM/ECF system this 12th day of January, 2018, which provides electronic service to all parties.

/s/ Kimberly Robinson
KIMBERLY ROBINSON
Assistant United States Attorney